UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY WOODS | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 4:19-cv-04569 |
| v. | § | (consolidated with Civil Action Nos. |
| | § | 4:19-cv-01583, 4:19-cv-03031 |
| CENIKOR FOUNDATION, | § | 4:19-cv-03032, 4:19-cv-03033) |
| | § | |
| *Defendant*. | § | |

**NOTICE OF FILING OF RULE 41
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

As the Court is aware, on February 25, 2020, this Court consolidated the above-captioned case – styled *Anthony Woods v. Cenikor Foundation*, Civil Action No. 4:19-cv-04569, in the United States District Court for the Southern District of Texas (the "Woods Case") – with a similar lawsuit, styled, *Klick v. Cenikor Foundation*, Civil Action No. 4:19-cv-01583 (the "Klick Case") for pre-trial purposes. In addition to the Woods Case, three other similar cases were consolidated into the Klick Case: (i) *John Potter v. Cenikor Foundation*, Civil Action No. 4:19-cv-03031 (the "Potter Case"); (ii) *Malik Aleem v. Cenikor Foundation*, Civil Action No. 4:19-cv-03032 (the "Aleem Case"); and (iii) *Wilton Chambers v. Cenikor Foundation* (formerly *Gregory Sorey v. Cenikor Foundation*), Civil Action No. 4:19-cv-03033 (the "Chambers Case"). The Woods Case, the Klick Case, the Potter Case, the Aleem Case, and the Chambers Case are hereinafter referred to as the "Consolidated Cases."

Earlier today, February 7, 2025, Defendant Cenikor Foundation and the Plaintiffs in the Consolidated Cases (collectively, the "Parties"), filed a Joint Stipulation of Dismissal with Prejudice, attached hereto as Exhibit A (the "Joint Stipulation"), in the Klick Case (Civil Action

1

No. 4:19-cv-01583), whereby the Parties stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action (Civil Action No. 4:19-cv-04569), the Klick Case (Civil Action No. 4:19-cv-01583), and all other actions consolidated with the Klick Case (including Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, and 4:19-cv-03033), and all claims and defenses asserted by the Parties in all such actions, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The Parties file this notice of the Joint Stipulation filed in the Klick Case, to the extent the notice is needed in this action, because the parties to this specific action (the Woods Case) deem the Joint Stipulation to have equal effect on this case as in the Klick Case.

Dated: February 7, 2025

    Respectfully submitted,

    **On behalf of Plaintiff Anthony Woods by:**

    **SANFORD LAW FIRM, PLLC**
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        By: /s/*Joshua Sanford (signed with permission)*
    **Joshua Sanford**
    Tex. Bar No. 24077858
    josh@sanfordlawfirm.com

143310674

**On behalf of Defendant by:**

**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone (713) 226-1200
Facsimile (713) 223-3717

By: /s/   *David M. Gregory*
**David M. Gregory**
Texas State Bar No. 24007274
Federal Bar No. 24397
david.gregory@troutman.com
**ATTORNEY IN CHARGE FOR DEFENDANT**

**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone (713) 226-1200
Facsimile (713) 223-3717
**Andrew W. Reed**
Texas State Bar No. 24074935
Federal Bar No. 1140192
andrew.reed@troutman.com
**Christopher Dove**
Texas State Bar No. 24032138
Federal Bar No. 37989
chris.dove@troutman.com
**OF COUNSEL FOR DEFENDANT**

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 20
Arlington, Texas 76015
Telephone (817) 795-5046
Facsimile (800) 556-1869
**Frank Sommerville**
Texas State Bar No. 18842700
Federal Bar No. 9748
fsommerville@wkpz.com
**OF COUNSEL FOR DEFENDANT**

143310674