# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY KLICK, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 4:19-cv-01583 |
| v. | § § | (consolidated with Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, |
| CENIKOR FOUNDATION, | § § | 4:19-cv-03033, 4:19-cv-04569) |
| *Defendant*. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Cenikor Foundation and Plaintiffs Timothy Klick, Wilton Chambers, Malik Aleem, John Potter, and Anthony Woods hereby stipulate that this action (Civil Action No. 4:19-cv-01583), all actions consolidated with this action (including Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, 4:19-cv-03033, and 4:19-cv-04569), and all claims and defenses asserted in all such actions be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: February 7, 2025

        Respectfully submitted,

        **On behalf of Plaintiffs by**:

        **WERMAN SALAS P.C.**
        77 West Washington, Suite 1402
        Chicago, Illinois 60602
        Tel: (312) 419-1008
        Fax: (312) 419-1025

        By: /s/*Douglas Werman*
        **Douglas M. Werman**
        dwerman@flsalaw.com
        Admitted *Pro Hac Vice*

143312787

**STIEGLER LAW FIRM LLC**
318 Harrison Ave. #104
New Orleans, LA 70124
(504) 267 0777 (telephone)
(504) 513 3084 (fax)

By: /s/*Charles Stiegler*
**Charles J. Stiegler**
charles@stieglerlawfirm.com
Admitted Pro Hac Vice


**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

By: /s/*Joshua Sanford*
**Joshua Sanford**
Tex. Bar No. 24077858
josh@sanfordlawfirm.com


**BORSELLINO, P.C.**
1020 Macon Street, Suite 15
Fort Worth, Texas
Telephone (817) 908-9861
Facsimile (817) 394-2412

By: /s/Josh Borsellino
**Josh Borsellino**
Texas Bar No. 24045532
Federal ID No. 639625
josh@dfwcounsel.com


**BLACKWELL & BULLMAN, LLC**
8322 One Calais Ave.
Baton Rouge, LA 70809
Telephone (225) 769-2462

By: /s/*James Bullman*
**James Bullman**
james@blackwell-bullman.com

2

**On behalf of Defendant by:**

**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone (713) 226-1200
Facsimile (713) 223-3717

By: /s/   *David M. Gregory*
**David M. Gregory**
Texas State Bar No. 24007274
Federal Bar No. 24397
david.gregory@troutman.com
**ATTORNEY IN CHARGE FOR DEFENDANT**

**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone (713) 226-1200
Facsimile (713) 223-3717
**Andrew W. Reed**
Texas State Bar No. 24074935
Federal Bar No. 1140192
andrew.reed@troutman.com
**Christopher Dove**
Texas State Bar No. 24032138
Federal Bar No. 37989
chris.dove@troutman.com
**OF COUNSEL FOR DEFENDANT**

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 20
Arlington, Texas 76015
Telephone (817) 795-5046
Facsimile (800) 556-1869
**Frank Sommerville**
Texas State Bar No. 18842700
Federal Bar No. 9748
fsommerville@wkpz.com
**OF COUNSEL FOR DEFENDANT**

143312787