United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ANTHONY WOODS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:19-CV-4569** |
| § | |
| **CENIKOR FOUNDATION,** § | |
| § | |
| Defendant. § | |

## ORDER

The parties in this case have filed a Notice of Filing of Rule 41 Joint Stipulation of Dismissal with Prejudice. ECF No. 17. In accordance with that stipulation and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of February, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE